## United States District Court
### Violation Notice

CVB Location Code: **MD93**

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 7431333 | PEMBER | 45 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense (mm/dd/yyyy): 12/20/2017 0701AM
Offense Charged: MTA 16-115
Place of Offense: NORTH GATE ECP WOOD ROAD NSAO

Offense Description: Factual Basis for Charge:
DRIVING MOTOR VEHICLE ON EXPIRED LIC

**DEFENDANT INFORMATION**

| Last Name | First Name | M.I. |
|---|---|---|
| BROWN | KEVIN | R |

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| 5FAM32 | MD | 13 | CHRYSLER 300 | | GREY |

A [X] IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B [ ] IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

$ _____ Forfeiture Amount
+ $30 Processing Fee
PAY THIS AMOUNT → $ _____ Total Collateral Due

**YOUR COURT DATE**

X Defendant Signature: [signature]

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **30 DEC**, 20**17** while exercising my duties as a law enforcement officer in the **Southern** District of **Maryland**

I observed said vehicle in motion entering at North gate ECP on wood road. Vehicle w/ handicap placard hanging from mirror. Driver stopped & provided MD identification card per base regulation. Ordered power to surrender drivers lic. No drivers lic exp 2014 NCIC check of lic, suspended 08/2017.

1731634038 44

The foregoing statement is based upon:
[X] my personal observation   [X] my personal investigation
[ ] information supplied to me from my fellow officer's observation
[ ] other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 12/20/2017  [signature]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____ U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident